**816**

STATE of Missouri, Respondent,

v.

**Walter HOGAN & James E.
Washington, Appellants.**

**No. WD 36006.**

Missouri Court of Appeals,
Western District.

June 11, 1985.

Motion for Rehearing and/or Transfer to
Supreme Court Overruled and Denied
July 30, 1985.

Application to Transfer Denied
Sept. 10, 1985.

Sean D. O'Brien, Public Defender, David
S. Durbin, Asst. Public Defender, Kansas
City, for appellant.

William Webster, Atty. Gen., Jefferson
City, Philip M. Koppe, Asst. Atty. Gen.,
Kansas City, for respondent.

Before TURNAGE, C.J., SOMERVILLE
and MANFORD, JJ.

### ORDER

PER CURIAM:

Direct appeal from a jury conviction for
burglary, second degree, in violation of
§ 569.170, RSMo 1978.

Judgment affirmed. Rule 30.25(b).